■ NANCY WOLTZ, as Administratrix of the Estate of JOANNE WOLTZ, Deceased, Respondent, v JEANETTE L. FIGUEROA, M.D., et al., Appellants, et al., Defendant. [922 NYS2d 219]—Appeals from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered May 17, 2010 in a medical malpractice and wrongful death action. The order denied the motions of defendants Jeanette L. Figueroa, M.D., Joseph A. Paris, M.D., Don A. Collure, M.D., and Kaleida Health for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.